AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)    Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| JAMIE DEAN FOUNTAIN | Case No.   7:20-CR-00022-001 (WLS)<br>USM No.  12215-509<br>Timothy R. Saviello<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of conditions        1-12                                        of the term of supervision.

☐ was found in violation of condition(s)                                        after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to comply with mental health treatment | December 22, 2023 |
| 2 | Failure to refrain from violation of the law | December 29, 2023 |
| 3 | Failure to refrain from violation of the law | December 29, 2023 |
| 4 | Failure to refrain from violation of the law | January 1, 2024 |
| 5 | Possessed a Firearm or other dangerous weapon | January 9, 2024 |
| 6 | Failure to refrain from violation of the law | January 9, 2024 |
| 7 | Failure to refrain from violation of the law | January 9, 2024 |
| 8 | Failure to refrain from violation of the law | January 9, 2024 |
| 9 | Failure to refrain from violation of the law | January 9, 2024 |
| 10 | Failure to refrain from violation of the law | September 10, 2024 |
| 11 | Failure to refrain from violation of the law | September 10, 2024 |
| 12 | Failure to refrain from violation of the law | September 10, 2024 |

The defendant is sentenced as provided in pages 2 through        2        . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)                                        and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   7647

Defendant's Year of Birth:   1989

City and State of Defendant's Residence:

Lake Park, Georgia

April 23, 2026
Date of Imposition of Judgment

Signature of Judge

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

05/20/2026
Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)    Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT:    JAMIE DEAN FOUNTAIN
CASE NUMBER:    7:20-CR-00022-001 (WLS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total

term of:    Twenty-four (24) months to run consecutively to any sentence imposed in the Superior Court of Clinch County, Georgia, case numbers 24-CR-070 and 25-CR-024 and in the Superior Court of Echols County, Georgia, case number 25-CR-011.

☒    The court makes the following recommendations to the Bureau of Prisons: Residential Drug Abuse Program (RDAP) and any additional educational training.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL